**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BRUCE SCOTTY MCKENZIE,                    *
                                          *
              Plaintiff,                   *
v.                                        *
                                          *        No. 4:11-cv-00682-JJV
MICHAEL J. ASTRUE, Commissioner,          *
Social Security Administration,           *
                                          *
              Defendant.                   *

<u>**JUDGMENT**</u>

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed

with prejudice.

IT IS SO ORDERED this 21st day of May, 2012.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE